UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH and VICTORIA FORMOSA,

                **Plaintiffs,**

          v.                                      Civil No.6:15-cv-00083-AA

GREAT NORTHWEST INSURANCE
COMPANY,
                **Defendant.**

_____

# JUDGMENT

This action is dismissed with prejudice and without an award of costs or fees to any party.

Dated: July 16, 2015

                MARY L. MORAN, Clerk


                by /s/ R. Henshaw
                    R. Henshaw, Deputy Clerk

**JUDGMENT**